■ In the Matter of LORETTA LYNN W. In the Matter of BILLY JACK R., Also Known as BILLY JACK W.—Order unanimously affirmed without costs. Memorandum: Petitioner established by clear and convincing evidence that respondent abandoned his two children by failing to visit or contact them, despite being able to do so, for a period of six months immediately prior to the date on which the petition was filed *(see,* Social Services Law § 384-b [4] [b]; *Matter of Julius P.,* 63 NY2d 477; *Matter of Ulysses T.,* 87 AD2d 998, *affd* 66 NY2d 773; *Matter of Trudell J. W.,* 119 AD2d 828; *Matter of Christina Nina B.,* 118 AD2d 571). The fact that respondent attended a uniform case review at the agency during the six-month period does not preclude a finding of abandonment because he did not initiate the meeting or meaningfully participate in it *(cf., Matter of Madeline R.,* 117 Misc 2d 14, 17-18). (Appeal from order of Steuben County Family Court, Finnerty, J.—termination of parental rights.) Present—Dillon, P. J., Denman, Boomer, Green and Lawton, JJ.